IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HYPERHEAL HYPERBARICS, INC.,   *

    Plaintiff,   *

    v.   *   Civil Action No. RDB-18-1679

ERIC SHAPIRO,   *

    Defendant.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **MEMORANDUM AND ORDER**

This Court granted Plaintiff's Motion for a Preliminary Injunction (ECF No. 31) and issued a Preliminary Injunction on September 6, 2018. (Mem. Op., ECF No. 44; Prelim. Inj., ECF No. 45.) Thereafter, on January 11, 2019, Plaintiff filed a Motion to Modify Preliminary Injunction and for Sanctions (ECF No. 49), and it was referred to Magistrate Judge A. David Copperthite for a Report and Recommendation. (ECF Nos. 51, 52.)

Judge Copperthite issued his Report and Recommendation on March 29, 2019. (ECF No. 82.) The time for filing objections as to the Report has passed. *See* Fed. R. Civ. P. 72(b); Local Rule 301.5(b) (D. Md. 2018). No objections were filed with respect to the Report. This Court has reviewed the Report and finds that the Magistrate Judge has ably addressed the factual and legal issues in this matter.

Accordingly,

    1.    This Court ADOPTS the Report and Recommendation (ECF No. 82) as the Order of this Court.

2. Hyperheal Hyperbarics, Inc.'s Motion to Modify Preliminary Injunction and for Sanctions (ECF No. 49) is DENIED.

3. Motion for Leave to File Surreply (ECF No. 60) is DENIED AS MOOT.

Dated: April 22, 2019.

                                                                Richard D. Bennett
                                                                United States District Judge